IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JANICE D. TARRANT,<br>　　　　　Plaintiff,<br><br>v.<br><br>PNC BANK NA and NATIONAL CITY<br>MORTGAGE CO.,<br>　　　　　Defendants. | Case No. 3:14-CV-2955-M-BK |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendant's *Motion to Dismiss*, Doc. 5, is **GRANTED**, and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE.**

SO ORDERED this 2nd day of December, 2014.

*/s/ Barbara M. G. Lynn*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS